## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:13-cv-00670-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 7, 2017 |
| BERT JACKSON, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Court to Issue and Serve the Summons and Amended Complaint (ECF No. 28).  The court will screen the Amended Complaint (ECF No. 27) and address service in the screening order.

Plaintiff's Motion for Court to Issue and Serve the Summons and Amended Complaint (ECF No. 28) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
  Deputy Clerk