ADAM PAUL LAXALT
   Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BERT JACKSON, et al.,<br><br>    Defendants. | 3:13-cv-00670-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>**(FIRST REQUEST)** |

    Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks. The extra time requested is to allow time for Plaintiff to review the revised settlement documents in New Hampshire and return them to his counsel in Nevada who will then forward the documents to the undersigned.

///
///
///
///
///
///
///
///

1

1 | DATED this 6 day of August, 2018. | DATED this 7th day of August, 2018.
2 | PLAINTIFF, KEVIN FERNANDEZ | OFFICE OF THE ATTORNEY GENERAL
3
4 | By: _____ | By: _____
  | Joseph Reiff, Esq. | Erin L. Albright, SBN 9953
5 | Representing, Plaintiff, Kevin Fernandez | 100 N. Carson Street
6 | | Carson City, NV 89701
  | | (775) 684-1257
7 | | ealbright@ag.nv.gov
  | | Attorneys for Defendants
8
9
10 **IT IS SO ORDERED**

11 _____
12 UNITED STATES MAGISTRATE JUDGE
   DATED    August 9, 2018
13